SEALED   FILED



1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8
9           IN THE UNITED STATES DISTRICT COURT FOR THE
10                 EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,    )   CASE NO. 1:11 CR 00302 AWI
                                )
13         Plaintiff,            )   EX PARTE MOTION TO SEAL
                                )   INDICTMENT PURSUANT
14    v.                        )   TO RULE 6(e), FEDERAL
                                )   FEDERAL RULES OF
15 WYMAN YOUNG,                 )   CRIMINAL PROCEDURE
                                )
16         Defendant            )
                                )
17 _____ )
18
19     The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on September 15, 2011,
22 charging the above defendant with a violation of Title 21, United
23 States Code, Sections 841(a)(1), 841(b)(1)(C)-Distribution of
24 Cocaine Base, and other charges be kept secret until the defendant
25 named in the Indictment is either in custody or has been given
26 bail on these offenses; and further order that until such time as
27 the defendant is in custody or has been given bail, that no person
28 shall disclose the finding of the Indictment or any warrant issued

1

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.
3 | DATED: September 15, 2011          Respectfully submitted,
4 |                                    BENJAMIN B. WAGNER
  |                                    Acting United States Attorney
5 |                                    By /s/ Elana S. Landau
6 |                                    ELANA S. LANDAU
  |                                    Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 15 day of September, 2011
9 |
10|                                    _____
  |                                    U.S. Magistrate Judge