1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:11-CR-302 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO **UNSEAL** INDICTMENT |
| v. | ) | |
| WYMAN YOUNG, | ) | |
| Defendant. | ) | |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: _18_ , 2011

_Jennifer L. Thurston_ (signature)
Honorable Jennifer L. Thurston
United States Magistrate Judge

2

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>WYMAN YOUNG,<br><br>              Defendant. | Case NO. 1:11-CR-302<br><br>REQUEST TO **UNSEAL** INDICTMENT |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: November 18, 2011       /s/ Elana S. Landau
                                      By: Elana S. Landau
                                      Assistant United States Attorney

1