Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   WYMAN YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WYMAN YOUNG,<br><br>        Defendant. | CASE No. 1:11-CR-00302 AWI<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>Date:  May 14, 2012<br>Time:  10:00 a.m.<br>Courtroom 2<br>Judge:  Hon. Anthony W. Ishii |

WHEREAS defense counsel has been unable to review the draft Advisory Guideline Presentence Investigation Report with Defendant Wyman Young; and

WHEREAS because of defense counsel's trial schedule and the U.S. Marshall's Office schedule for transporting federal detainees from the Lerdo Detention Facility in Kern County, defense counsel is unable to meet with Mr. Young and to review the draft Advisory Guideline Presentence Investigation Report until April 18, 2012;

IT IS HEREBY STIPULATED by and through authorized counsel that the sentencing hearing currently set for April 23, 2012 at 10:00 a.m., be continued to May 14, 2012 at 10:00 a.m.  THE PARTIES FURTHER STIPULATE that informal objections to the draft Advisory Guideline Presentence Investigation Report will be due on April 23, 2012, responses to the informal objections and the filing and service of the Advisory Guideline Presentence Investigation Report will be on April 30, 2012, and formal objections and sentencing

memorandums, if any, will be filed and served on May 7, 2012.

| | |
|---|---|
| DATED:  April 4, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | By:/s/ Elana S. Landau<br>Elana S. Landau<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff UNITED STATES OF AMERICA |
| DATED:  April 4, 2012 | BAKER MANOCK & JENSEN, PC |
| | By:/s/ Robert D. Wilkinson<br>Robert D. Wilkinson<br>Attorneys for Defendant WYMAN YOUNG |

ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the sentencing hearing currently set for April 23, 2012 at 10:00 a.m., is continued to May 14, 2012 at 10:00 a.m.  IT IS FURTHER ORDERED that informal objections to the draft Advisory Guideline Presentence Investigation Report will be due on April 23, 2012, responses to the informal objections and the filing and service of the Advisory Guideline Presentence Investigation Report will be on April 30, 2012, and formal objections and sentencing memorandums, if any, will be filed and served on May 7, 2012.

IT IS SO ORDERED.

Dated:   April 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE